WILLIAM DEFFUR ET AL., RESPONDENTS, v. MICHAEL J. TANSEY, APPELLANT.

Argued May 31, 1929—Decided February 3, 1930.

For the respondents, *Keating & Keating*.

For the appellant, *Michael J. Tansey*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, KALISCH, CAMPBELL, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.